■ In the Matter of MARGARET K. ORSINI, Appellant, v LONG ISLAND RAILROAD CORPORATION, Respondent.—In a negligence action to recover damages for personal injuries, plaintiff appeals from an order of the Supreme Court, Nassau County, entered May 25, 1977, which granted defendant's motion to dismiss the action on the ground that it was not commenced within the one-year Statute of Limitations. Order affirmed, with $50 costs and disbursements, on the memorandum decision of Mr. Justice Albert at Special Term. Latham, J. P., Cohalan, Damiani and Hawkins, JJ., concur.